■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMUS BOONE, Appellant. [764 NYS2d 192] —Appeal by the defendant from an order of the Supreme Court, Richmond County (Sangiorgio, J.), dated September 14, 2000, which, pursuant to Correction Law article 6-C, designated him a level three sex offender.

Ordered that the order is affirmed, without costs or disbursements.

There was clear and convincing evidence to establish all of the factors relied upon by the Supreme Court to classify the defendant as a level three sex offender under the Sex Offender Registration Act (see Correction Law § 168-n [3]). Smith, J.P., Luciano, H. Miller and Adams, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMUS BOONE, Appellant. [765 NYS2d 795] —Motion by the appellant for an order of this Court releasing any and all minutes of the grand jury proceedings conducted in the above-entitled action, in regard to an appeal from an order of the Supreme Court, Richmond County, dated September 14, 2000. By decision and order on motion of this Court dated April 21, 2003, the motion was referred to the panel assigned to hear the appeal, to be determined after an in camera review of the minutes in question.

Upon the papers filed in support of the motion, the papers filed in opposition thereto, and an in camera review of the minutes in question, it is

Ordered that the motion is denied. Smith, J.P., Luciano, H. Miller and Adams, JJ., concur.